VILÁ, RECURRENTE, *v.* EL REGISTRADOR DE SAN JUAN, SECCIÓN PRIMERA, RECURRIDO.

RECURSO gubernativo interpuesto contra nota del Registrador de la Propiedad de San Juan, Sección Primera, denegando la inscripción de una escritura de agrupación y compraventa.

No. 429.—Resuelto en diciembre 15, 1919.

AGRUPACIÓN DE FINCAS RÚSTICAS—BIENES PRIVATIVOS—BIENES GANANCIALES.— Si bien es verdad que no procede inscribir la agrupación de dos fincas rústicas colindantes que pertenecen una privativamente a uno de los cónyuges y otra en parte a éste y en parte a la sociedad conyugal, esto no impide que vendidas las dos fincas a un solo comprador, si éste así lo decide y solicita, se inscriban ambas a su favor agrupadas en una.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. José G. Torres.*

El registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El 29 de noviembre de 1912 comparecieron ante notario Juan Sanjurjo y su esposa Felipa Mojica, de una parte, y Rodolfo Vilá, el recurrente, de otra, y otorgaron una escritura pública de la que aparece lo siguiente: Sanjurjo heredó de su padre una finca de treinta y cinco cuerdas. De ellas segregó y vendió diez a David Carrión, quedándole veinte y cinco. De esas veinte y cinco segregó y vendió veinte al propio compareciente Rodolfo Vilá, con anterioridad al otorgamiento de la escritura, quedándole cinco. Además Sanjurjo era dueño de trece cuerdas y 33 céntimos de terreno que adquirió la mitad por herencia de su padre y la otra mitad por compra a su hermano. De ésta última finca vendió a Tomás Sanjurjo nueve cuerdas y treinta y tres céntimos, quedándole un remanente de cuatro cuerdas. Expuestos estos antecedentes, el compareciente Juan Sanjurjo manifestó que era su voluntad agrupar en una finca lo que le restaba de las dos a que se había referido, por colindar entre sí. Y entonces Sanjurjo y su esposa vendieron la finca así agrupada al otro compareciente Vilá, y éste no se limitó a comprar sino que consignando en la misma escritura el hecho de que la finca de nueve cuerdas que compraba colindaba con la de veinte que había comprado con anterioridad, resolvió agruparlas, a fin de que se inscribieran como una sola en el registro.

Presentada la escritura para su inscripción, el registrador, el 7 de julio último, se negó a hacerlo porque la agrupación de las fincas de cinco y cuatro cuerdas hecha por Sanjurjo para formar la de nueve, no podía verificarse de acuerdo con la ley, ya que una finca era un bien privativo y la mitad de la otra era ganancial. El comprador interpuso entonces el presente recurso gubernativo.

Si se tratara simplemente de inscribir la primera agru-

pación, estaríamos conformes con el criterio del registrador. Véase el artículo 61 del Reglamento para la ejecución de la Ley Hipotecaria y los casos de *Muñoz* v. *Registrador de Caguas,* 25 D. P. R. 842 y *Berríos* v. *Registrador de Caguas,* decidido el 4 de diciembre actual.

Pero como lo que en verdad se trata de inscribir es la compra efectuada por Vilá a los esposos Sanjurjo y como el registrador no ha puesto reparo alguno a ese contrato, no es justo que se detenga la inscripción del mismo porque algo que en él se consigna, que no es esencial a la compraventa, es incorrecto. Agrupadas o no, las fincas fueron vendidas. Si la agrupación es nula, dése por tal, y sígase adelante, con el espíritu de facilitar las transacciones entre los hombres. Adquiridas ya las fincas por el comprador, agrupadas o no, tenemos el solo dueño que requiere el precepto reglamentario. Y ese solo dueño manifiesta también su voluntad de agrupar todo lo que había adquirido así por la escritura como por otro contrato anterior, ya que se trataba de terrenos colindantes. Y nada legal se opone a su deseo. Es el dueño único de tierras colindantes y puede, de acuerdo con la ley y la jurisprudencia, en vez de inscribirlas separadamente, agruparlas y obtener que así agrupadas se inscriban en el registro. Debe, en tal virtud, revocarse la nota recurrida y obtenerse la inscripción solicitada.

> *Revocada la nota recurrida y ordenada la inscripción denegada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. Hutchison firmó: conforme con la sentencia y con la opinión con excepción de su penúltimo párrafo.